# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22247−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jay Garcia
   1275 15th Street, Apt 11B
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−8166

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/13/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 13, 2019
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-22247-VFP
Jay Garcia                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Sep 13, 2019
                            Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2019.
```
db              +Jay Garcia,    1275 15th Street, Apt 11B,    Fort Lee, NJ 07024-1924
518311008       +Asset Maximization Group,    Attn: Bankruptcy,    Po Box 190191,
                  South Richmond Hill, NY 11419-0191
518311010       +Bureau of Account Management,    Attn: Bankruptcy,    Po Box 538,   Howell, NJ 07731-0538
518311011       +Bureau of Accounts Control,    P.O. Box 538,    Howell, NJ 07731-0538
518311012       +Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
518428479       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518311013       +Englewood Orthopedic Associates,    401 S. Van Brunt Street,    Third Floor,
                  Englewood, NJ 07631-4625
518432684       +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518311014       +HUMC,    P.O. Box 48027,    Newark, NJ 07101-4827
518311015       +Michael Harrison, Esq.,    3155 ROute 10 East,    Denville, NJ 07834-3492
518311016       +Palisades Cardiology Associates,    c/o Andrew Graulich,    17 Academy Street,
                  Newark, NJ 07102-2923
518311017        Palisades Emergency Consult, PC,    P.O. Box 3012,    Cartersville, GA 30120
518311018       +Palisades Medical Center,    7600 River Road,    North Bergen, NJ 07047-6217
518311019       +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Mount Laurel, NJ 08054-4318
518311020       +RJM Acquisitions, LLC,    575 Underhill Blvd,    Suite 234,    Syosset, NY 11791-3416
518311021        Sadhna Rastogi, MD,    8308 Kennedy Boulevard,    North Bergen, NJ 07047
518311022       +Specialized Loan Servicing,    P.O.Box 636005,    Littleton, CO 80163-6005
518311023       +Virtual Radiologic Corporation,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:11      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:07      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518311009       +EDI: BANKAMER.COM Sep 14 2019 04:08:00      Bank of America,    P.O. Box 15222,
                  Wilmington, DE 19886-5222
                                                                                               TOTAL: 3
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
```
              Aileen Perez    on behalf of Debtor Jay  Garcia aperezesq@yahoo.com, aperezesq@yahoo.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et
               al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee,
               et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```